UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Richard Matthews                :
          Plaintiff,   :   CIVIL ACTION NO.: 10-cv-1215
      v.                :
                        :
Runco's Tavern & Grill, Inc., et al   :
                        :  JURY OF TWELVE (12) JURORS DEMANDED
         Defendants   :

## ORDER

AND NOW this 5th day of Oct, 2010, upon consideration of Plaintiff's Motion to Enlarge Response Deadlines to Defendants' Motions to Dismiss, and any response thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED, and Plaintiff is granted thirty (30) days from the date of entry of this Order to respond to Defendants' Motions.

**AND IT IS SO ORDERED.**

_____
James M. Munley, J.