## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Richard Matthews | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 10-cv-1215 |
| v. | : | |
| | : | |
| Runco's Tavern & Grill, Inc., et al | : | |
| | : | Jury of Twelve (12) Jurors Demanded |
| | : | |
| Defendants. | : | |

### **CERTIFICATE OF NON-CONCURRENCE/CONCURRENCE**

I, Matthew B. Weisberg, Esquire, certify that I have requested Respondents' concurrence regarding the Plaintiff's Motion to Amend the Complaint filed in this matter on April 27, 2011, to which no response has yet been received.

                                                WEISBERG LAW, P.C.

                                                /s/ Matthew B. Weisberg
                                                Matthew B. Weisberg, Esquire
                                                Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Richard Matthews | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 10-cv-1215 |
| v. | : | |
| | : | |
| Runco's Tavern & Grill, Inc., et al | : | |
| | : | Jury of Twelve (12) Jurors Demanded |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 4th day of May, 2011 a true and correct copy of the foregoing Plaintiffs' Certificate of Non-Concurrence/Concurrence was served via ECF, upon the following parties:

Anthony R. Sherr, Esq.
Mayers, Mennies & Sherr, LLP
3031 Walton Road
Building A, Suite 330
P.O. Box 1547
Blue Bell, PA 19422-0440

WEISBERG LAW, P.C.

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff