**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Richard Matthews | : | |
|     Plaintiff, | : | CIVIL ACTION NO.: 10-cv-1215 |
|     v. | : | |
| | : | |
| Runco's Tavern & Grill, Inc., et al | : | |
| | : | JURY OF TWELVE (12) JURORS DEMANDED |
|     Defendants | : | |

## **ORDER**

AND NOW this _____ day of _____, 2012, upon consideration of Plaintiff's Motion for Enlargement of Time to Omnibus Respond to Defendants' Motion for Summary Judgment, and Defendants' concurrence thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED, and Plaintiff may respond to Defendants' Motion within seven (7) days from the date of entry of this Order.

    **AND IT IS SO ORDERED.**

<br>

                                                       _____
                                                      James M. Munley               ,J.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Richard Matthews | : | |
|     Plaintiff, | : | CIVIL ACTION NO.: 10-cv-1215 |
| v. | : | |
| | : | |
| Runco's Tavern & Grill, Inc., et al | : | |
| | : | JURY OF TWELVE (12) JURORS DEMANDED |
|     Defendants | : | |

**PLAINTIFF'S CONCURRED IN MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

This is an action in civil rights.

This is Plaintiff's Second Motion for Enlargement of Time to Respond to Defendants' Motion for Summary Judgment. This Motion to Enlarge is timely. The foregoing constitutes *good cause*. FRCP 6.

Due to the complexity of Defendants' Motions for Summary Judgment (both legally and factually), Plaintiff respectfully requests seven (7) day enlargement of time to respond to Defendants' Motions. Notwithstanding its complexity, Plaintiff's counsel is experiencing a severe scheduling conflict (i.e., among others, four responses to Motions and one appeal Reply all due in same week) precluding more perfected response at this time.

WHEREFORE, Plaintiff respectfully requests this Honorable Court's enlargement consistent with the attached proposed Order.

**WEISBERG LAW, P.C.**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Richard Matthews | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 10-cv-1215 |
| v. | : | |
| | : | |
| Runco's Tavern & Grill, Inc., et al | : | |
| | : | JURY OF TWELVE (12) JURORS DEMANDED |
| Defendants | : | |

### **CERTIFICATE OF CONCURRENCE**

I, Matthew B. Weisberg, Esquire, certify that I requested Defendants' concurrence in the attached Motion, and Defendants: concur.

        **WEISBERG LAW, P.C.**

        /s/ Matthew B. Weisberg
        Matthew B. Weisberg, Esquire
        Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Richard Matthews | : | |
|     Plaintiff, | : | CIVIL ACTION NO.:  10-cv-1215 |
| v. | : | |
| | : | |
| Runco's Tavern & Grill, Inc., et al | : | |
| | : | JURY OF TWELVE (12) JURORS DEMANDED |
|     Defendants | : | |

### CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 25th day of April, 2012, a true and correct copy of the foregoing Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Motions for Summary Judgment and Certificate of Concurrence was served via ECF upon the following parties:

Anthony R. Sherr, Esq.
Mayers, Mennies & Sherr, LLP
3031 Walton Road
Building A, Suite 330
P.O. Box 1547
Blue Bell, PA 19422-0440

Paul Gregory Lees, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1495 Valley Center Parkway
Suite 350
Bethlehem, PA 18017-2342

                                **WEISBERG LAW, P.C.**

                                /s/ Matthew B. Weisberg
                                Matthew B. Weisberg, Esquire
                                Attorney for Plaintiffs