IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD MATTHEWS,

        Plaintiff,

v.

        3:10-CV-01215

        (JUDGE MARIANI)

RUNCO'S TAVERN & GRILL, INC,
et al.,

        Defendants.

FILED
SCRANTON

AUG 0 5 2013

PER _____
    DEPUTY CLERK

## ORDER

In accordance with the Court's Memorandum Opinion, **NOW, THIS 5TH DAY OF AUGUST, 2013, IT IS HEREBY ORDERED THAT:**

1. Defendants William Arthur, Brian Borowicz, Joseph Flesher, and Thomas Logan's Motions for Summary Judgment (Docs. 77; 81) are **DENIED**.

2. The Court shall contact the Parties to schedule all further proceedings.

In light of the foregoing, **IT IS FURTHER ORDERED THAT:**

1. Defendants William Arthur, Brian Borowicz, and Joseph Flesher's Motion to Strike Plaintiff's Brief in Opposition to their Motion for Summary Judgment (Doc. 85) is **DISMISSED AS MOOT**.

2. Plaintiff's Cross-Motion for Enlargement of Time to Respond to Defendants' Motion for Summary Judgment, *Nunc Pro Tunc* (Doc. 88) is **DISMISSED AS MOOT**.

3. Plaintiff's Motion to Deem Plaintiff's Cross-Motion for Enlargement of Time Uncontested (Doc. 91) is **DISMISSED AS MOOT**.

Robert D. Mariani
United States District Judge