IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD MATTHEWS, | : |
| Plaintiff, | : |
| | : 3:10-CV-01215 |
| v. | : |
| | : (JUDGE MARIANI) |
| RUNCO'S TAVERN & GRILL, INC, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 15TH DAY OF NOVEMBER, 2013**, in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendants Arthur, Borowicz, and Flesher's Motion for Reconsideration (Doc. 95) is **DENIED**.

Robert D. Mariani
United States District Judge