IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD MATTHEWS,

    Plaintiff,

v.

RUNCO'S TAVERN & GRILL, INC, et al.,

    Defendants.

3:10-CV-01215

(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 15TH DAY OF NOVEMBER, 2013**, in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendants Arthur, Borowicz, and Flesher's Motion for Reconsideration (Doc. 95) is **DENIED**.

_____
Robert D. Mariani
United States District Judge