**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD MATTHEWS | : | CIVIL ACTION |
| | : | |
| vs. | : | JURY TRIAL DEMANDED |
| | : | |
| OFFICER ARTHUR, ET AL. | : | NO. 10-cv-1215 |
| | : | |
| | : | JUDGE MARIANI |

## JOINT STATEMENT OF FACT TO BE READ TO THE JURY

Now comes plaintiff Richard Matthews and defendants William Arthur, Brian Borowicz and Joseph Flesher, and submit this Joint Statement of Agreed Upon Facts, as requested by this Court at the Pretrial Conference.

Early in the morning of February 15, 2009, Defendants, William Arthur, Brian Borowicz and Joseph Flesher responded to a radio call of a fight occurring outside of Runco's Bar and Grill in Olyphant, Pennsylvania.

An altercation began inside the bar between Thomas Logan and Brian Doughton. These two along with others went outside, at which point, Plaintiff, Richard Matthews became involved.

Richard Matthews was arrested in connection with the fight outside the bar.

The Lackawana County District Attorney's Office prosecuted that matter and Matthews was acquitted of simple assault and disorderly conduct charges after a jury trial.

Respectfully submitted,


BY:/s/ ANTHONY R. SHERR, ESQUIRE
     Attorney for Defendants
        Officer Arthur, Officer
     Borowicz and Officer Flesher

     3031 Walton Road, Building A
     Suite 330, P.O. Box 1547
     Blue Bell, PA 19422-0440
     (610) 825-0300
     Fax (610) 825-6555